United States District Court
Southern District of Texas
**ENTERED**
November 05, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **MOHAMMAD REZA ELTEFATNIA ALALANI,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-01978** |
| | § | |
| **DAVID COLE, WARDEN OF THE RIO GRANDE PROCESSING CENTER, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

Pending before the Court is Petitioner Mohammad Reza Eltefatnia Alalani's ("Petitioner") *pro se* Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1).

Having reviewed the Petition, Respondents are hereby **ORDERED** to show cause and submit a response to the Habeas Petition, (Dkt. 1), **and serve it on the *pro se* Petitioner** no later than **November 12, 2026,** which is between the three-to-twenty-day time period contemplated by 28 U.S.C. § 2243.[1] The Court advises Respondents that if no response is received, the Court may treat the petition as unopposed. Petitioner may submit a reply to Respondents' Response on or before **November 19, 2026**.

The Clerk of Court is also **DIRECTED** to e-mail a copy of the Petition, (Dkt. 1), and this Order to the following email addresses: usatxs.civilnotice@usdoj.gov and Lance.Duke@usdoj.gov.

[1] Respondents must serve their response directly on Petitioner. The Certificate of Service in the response must describe this service, and electronic filing of the response on CM/ECF will not be sufficient because Petitioner is *pro se*.

The Clerk of Court is **DIRECTED** to mail Petitioner a copy of this Order by any receipted means to the following address:

**Mohammad Reza Eltefatnia Alalani**
**A# 221042196**
**Rio Grande Processing Center**
**1001 San Rio Boulevard**
**Laredo, TX 78046**

Additionally, it is further **ORDERED** that Respondents must notify the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas **at least five (5) days beforehand** and then inform the Court **IMMEDIATELY** after any transfer or removal occurs.

**IT IS SO ORDERED**.

SIGNED this November 5, 2026.

Diana Saldaña
United States District Judge